UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| MARTY L. LUKE, | ) |
| Movant, | ) |
| v. | ) No. 1:15-CV-239 CDP |
| UNITED STATES OF AMERICA, | ) |
| Respondent, | ) |

## MEMORANDUM AND ORDER

This matter is before me on counsel's failure to timely file a brief in this action. On May 24, 2016, I referred this action to the Office of the Federal Public Defender for notification whether or not counsel will represent movant. Counsel's response was due no later than July 8, 2016.

Accordingly,

**IT IS HEREBY ORDERED** that counsel must inform the Court, no later than seven (7) days from the date of this Order, whether he will represent movant in this action.

Dated this 21st day of July, 2016.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE